Bohun C. Dupont, Appellant, v. Charles B. Rose, *et al.*, Appellees.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on præcipe of counsel for Appellant.

*Gramling & Clarkson,* for Appellant.

---

N. T. Miller, *et al.*, Appellants, v. Town of Bowling Green, Appellee.

An Appeal from the Circuit Court for Hardee County.

Appeal dismissed on præcipe of counsel for Appellants.

*S. D. Williams,* for Appellants.